**STATE of Missouri, Respondent,**

v.

**William GARRISON, Appellant.**

**No. WD 43923.**

Missouri Court of Appeals, Western District.

Aug. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied Nov. 19, 1991.

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Defendant appeals from convictions of second degree robbery, kidnapping, and forgery. Sections 569.030, 565.110 and 570.090, RSMo 1986.

The judgment is affirmed. Rule 30.25(b).